# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GS Holistic, LLC

v.

BUCKTOWN SMOKE EMPORIUM LLC d/b/a BUCKTOWN SMOKE EMPORIUM, IMANUEL SMITH, and PERRY YARABROUGH

Case No. 1:23-cv-01262

Hon. Jane M. Beckering

TO: BUCKTOWN SMOKE EMPORIUM LLC
ADDRESS: Registered Agent: IMANUEL SMITH
1956 Eastern Ave, Suite C,
Grand Rapids, Michigan 49506

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

CLERK OF COURT



December 04, 2023

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____BUCKTOWN SMOKE EMPORIUM LLC_____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                         (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GS Holistic, LLC

Case No. 1:23-cv-01262
Hon. Jane M. Beckering

v.

BUCKTOWN SMOKE EMPORIUM LLC d/b/a
BUCKTOWN SMOKE EMPORIUM, IMANUEL
SMITH, and PERRY YARABROUGH

TO: IMANUEL SMITH
ADDRESS: 1144 Sigsbee ST SE
Grand Rapids, Michigan 49506

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

CLERK OF COURT



By: Deputy Clerk

December 04, 2023
Date

---

## PROOF OF SERVICE

This summons for _____IMANUEL SMITH_____ was received by me on _____.
(name of individual and title, if any)                                                            (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GS Holistic, LLC

Case No. 1:23-cv-01262
Hon. Jane M. Beckering

v.

BUCKTOWN SMOKE EMPORIUM LLC d/b/a
BUCKTOWN SMOKE EMPORIUM,  IMANUEL
SMITH, and PERRY YARABROUGH

TO: PERRY YARABROUGH
ADDRESS:

1956 Eastern Ave, Suite C,
Grand Rapids, Michigan 49506

---

A lawsuit has been filed against you.

YOU  ARE HEREBY SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this sum mons on y ou (not counting the day  you received it). If y ou  fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

CLERK OF COURT



December 04, 2023

By: Deputy Clerk                          Date

---

## PROOF OF SERVICE

This summons for _____PERRY YARABROUGH_____ was received by me on _____.
(name of individual and title, if any)                                                                                                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                       (place where served)
          (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                   (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                                (name of individual)
of process on behalf of _____ on _____.
                                            (name of organization)                                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address